THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.

 Lennon Colleton, Appellant.
 
 
 

Appeal From Colleton County
Perry M. Buckner, Circuit Court Judge

Unpublished Opinion No. 2012-UP-213
Submitted March 1, 2012  Filed March 28,
 2012  

APPEAL DISMISSED

 
 
 
Appellate Defender Robert M. Pachak, of
 Columbia; and Lennon Colleton, pro se, for Appellant.
Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Isaac McDuffie Stone, III, of
 Beaufort, for Respondent.
 
 
 

PER CURIAM:  Lennon
 Colleton appeals his convictions for two counts of assault with intent to kill,
 arguing the trial court erred in denying his motion for a directed verdict on the charges because Colleton's act of
 discharging a firearm into a dwelling could not be used to show he intended to
 kill people in the dwelling.  Additionally, Colleton filed a pro se brief.  After a thorough review of the record and briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1] 
APPEAL DISMISSED.  
 WILLIAMS,
 THOMAS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.